UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: DAVID MAZAROLI - 128

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

M/V "SCI TEJ" ET AL

Defendant(s)

Index #: 07 CIV 7797

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7C-1497

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 12, 2007 at 01:34 PM at

C/O NORTON LILLY INTERNATIONAL
1 CRAGWOOD ROAD
SOUTH PLAINFIELD, NJ07080

deponent served the within true copy of the SUMMONS & COMPLAINT on MACANDREWS & COMPANY LIMITED, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. DONALD TRAYNOR personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GREY/BALDING | 58 | 5'5 | 160 |

MAZAROLI
SEP 1 9 2007
LAW OFFICE

Sworn to me on: September 13, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DANIEL KNIGHT

Docket #: 502834