

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE COMPANY;

    Plaintiff,

-V-

M/V "SCI TEJ", M/V "AL MARIYAH" M/V "CMA CGM SAMBHAR", their engines, tackles, boilers, etc.;
MACANDREWS & COMPANY LIMITED; MacANDREWS COMPANY UNLIMITED;

    Defendants.

**CERTIFICATE OF MAILING**

07 CV 7797 (LTS)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**7th day of September, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**4th day of September, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 311 734 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

September 5, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: Federal Insurance Company
          v. M/V "SCI TEJ", et al.
          07 Civ.7797 (LTS)
          Our File: 7C-1497

Complaint on the below named Federal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com