BROWN GAVALAS & FROMM LLP
Attorneys for Defendant
MACANDREWS & COMPANY LIMITED
355 Lexington Avenue
New York, New York 10017
(212) 983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                    Plaintiff,                        07 Civ. 7797 (LTS)

   -against-

                                              **RULE 7.1 STATEMENT**

M/V "SCI TEJ", M/V "AL MARIYAH", M/V
"CMA GGM SAMBHAR", their engines, tackle,
boilers, etc., MACANDREWS & COMPANY
LIMITED, MACANDREWS COMPANY
LIMITED,

                    Defendants.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

defendant MACANDREWS & COMPANY LIMITED certifies that it does not have any corporate or

other parents, subsidiaries, affiliates, securities or other interest which are publicly held.

Dated: New York, New York
      October 4, 2007

                                  BROWN GAVALAS & FROMM LLP
                                Attorneys for Defendant
                                MACANDREWS & COMPANY LIMITED

By: _____
             Peter Skoufalos (PS-0105)
             355 Lexington Avenue
             New York, New York 10017-7702
             (212) 983-8500