LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2007
```

December 10, 2007

**TELEFAX: (212)805-0426**

Honorable Laura Taylor Swain
United States District Judge            JOINT APPLICATION
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    Federal Insurance Company
       v. M/V "SCI TEJ", et al.
       07 Civ.7797 (LTS)
       Our File: 7C-1497

Dear Judge Swain:

   I represent the plaintiff in this admiralty action involving a claim for cargo damage. Counsel have conferred in accordance with Your Honor's order and have formulated an initial draft of the preliminary pretrial statement. Additional time is needed to complete the statement. For this reason counsel join in respectfully requesting that the December 14, 2007 initial court conference be rescheduled for a date in mid-January.

   The Court's attention is appreciated.

                                       Respectfully,
                                       David L. Mazaroli
                                       dlm@mazarolilaw.com

DLM/jcf

cc:    Brown Gavalas & Fromm LLP
       Attn.: Peter Skoufalos, Esq.
       (E-mail:pskofalos@browngavalas.com)

*The conference is adjourned to February 8, 2008, at 2:15pm.*

SO ORDERED.

12/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE