LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

MAY 2 3 2008

May 22, 2007

**TELEFAX: (212)805-4258**

Honorable Debra Freeman
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

JOINT APPLICATION **MEMO ENDORSED**

Re:   Federal Insurance Company
      v. M/V "SCI TEJ", et al.
      07 Civ.7797 (LTS)
      Our File: 7C-1497

Dear Judge Freeman:

    This admiralty action involves a claim for cargo damage and has been referred to Your Honor for general pretrial purposes, including scheduling and discovery matters. The undersigned attorneys for plaintiff and defendants respectfully seek an adjustment of the scheduling order deadlines. For the Court's convenience annexed are copies of the order of reference and the docket entry for the scheduling order deadlines. This is the first request for an extension of case management deadlines.

    Despite the good faith efforts of counsel it does not appear that it will be possible to complete discovery and other trial preparations within the time periods established at the initial court conference on February 8, 2008. For reasons not anticipated at the time the scheduling order was entered, counsel have encountered difficulties obtaining certain information and documents relevant to issues to be adjudicated. This has also complicated settlement discussions.

    The shipment in question moved from Karachi, Pakistan to New York. During the transit one of the carrying ocean vessels was dry-docked in Spain. Efforts to comply with disclosure and discovery obligations have been complicated by the number of non-party foreign sources of information, certain of which have been slow to respond. In addition, one non-party entity involved in delivery of the shipments has apparently ceased operations.

Honorable Debra C. Freeman
May 22, 2008
Page 2

    Counsel respectfully request a forty-five day extension of the following case management deadlines, with a parallel extension of contingent deadlines based on these dates. The following adjusted deadlines are proposed:

- ❖ Non-expert witness discovery     July 21, 2008
- ❖ Expert Witness discovery     August 27, 2008
- ❖ Dispositive motions     October 3, 2008

    Counsel assure the Court that the additional time will be used to continue efforts to explore settlement possibilities. The Court's attention is appreciated.

Respectfully,

_/s/ David L. Mazaroli_
David L. Mazaroli
Attorney for Plaintiff

_/s/ Peter Skoufalos_
Peter Skoufalos, Esq.
Brown Gavalas & Fromm LLP
Attorney for Defendants

SO ORDERED:    DATE: 5/29/08

**DEBRA FREEMAN**
UNITED STATES MAGISTRATE JUDGE

encl.